1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   TIMOTHY J. NALLY, SB# 288728
2     E-Mail: Timothy.Nally@lewisbrisbois.com
   2020 West El Camino Avenue, Suite 700
3  Sacramento, California 95833
   Telephone: 916.564.5400
4  Facsimile: 916.564.5444

5  Attorneys for Central State Credit Union

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| 11  NORMA VIRIYAPUNT, | Case No. 2:24-CV-02078-KJM-AC |
| 12         Plaintiff, | **ORDER ON DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND RESPONSIVE PLEADING DEADLINE** |
| 13      vs. | |
| 14  CENTRAL STATE CREDIT UNION, | |
| 15         Defendant. | Judge:   KJM |
| 16 | Trial Date:         None Set |

17 **TO THE PARTIES AND THEIR COUNSEL OF RECORD:**

18      Having considered defendant Central State Credit Union's Motion for Administrative Relief to Extend Responsive Pleading Deadline, the court hereby GRANTS the motion *pro tunc nunc* and extends the deadline for defendant Central State Credit Union to respond to the complaint by plaintiff Noma Viriyapunt to September 13, 2024.

22      IT IS SO ORDERED.

23  DATED:  September 9, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE



ORDER ON DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND RESPONSIVE PLEADING DEADLINE